# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 16, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

154062(58)(61)

MENARD, INC.,
        Petitioner-Appellant,

v

CITY OF ESCANABA,
        Respondent-Appellee.

_____/

SC: 154062
COA: 325718
Tax Tribunal: 00-441600,
      14-001918-TT

On order of the Chief Justice, the separate motions of the Michigan Municipal League *et al.* and the Michigan Manufacturers Association to file briefs amicus curiae are GRANTED. The amicus briefs submitted by those respective entities on September 8, 2016, and September 9, 2016, are accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 16, 2016



Clerk